**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RUSTY LEE HILLIARD,** | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:17-CV-1057-D** |
| | ) | |
| **LORIE DAVIS,** *Director*, **TDCJ-CID** | ) | |
| **Respondent.** | ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the district judge has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Signed July 26, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE